OSCAR B. THOMAS v. WILLIAM E. HUTTON and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM J. HINRICHS v. GEORGE F. HINRICHS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PATRICK A. GAYNOR v. FERDINAND HECHT, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNIE B. FRISBIE v. ROBERT LEE LUCAS and Another, as Executors, etc.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARTHA NAPPI v. SYLVIA OVERMAN.— Motion granted. Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.

GEORGE HELLIESEN, INC., Respondent, v. SMOKELESS FUEL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MASON HARKER, Respondent, v. CHAS. F. GARRIGUES COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD F. PIERCE, Respondent, v. JACOB H. GRUBMAN, Doing Business under the Trade Name and Style of WEST SHORE WINE AND LIQUOR COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CESSARIO, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY GORDON, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN AXELROD, Appellant.— Judgment reversed and new trial ordered, on the authority of *People v. DeMartini* (213 N. Y. 203, 213, 217). Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE NORMAN W. HENLEY PUBLISHING COMPANY, Respondent, v. AMERICAN KARDEX COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

VASSILIA A. TOURIS and Another, as Executors, etc., of SOTIRIOUS A. TOURIS, Deceased, Respondents, v. BREWSTER & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., and Dowling, J., dissenting and voting to dismiss complaint upon the dissenting opinion in *Touris v. Brewster & Co., Inc.* (196 App. Div. 881).

JACOB DAVID WOLF, Appellant, v. WILLIAM M. BALDWIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.